In the Matter of the COUNTY OF SUFFOLK, Respondent. WILLIAM E. SKILLMAN, Appellant.

Argued November 17, 1941; decided December 10, 1941.

*William E. Skillman,* in person, and *Arthur T. Sawyer* for appellant.

*Edgar F. Hazleton, County Attorney (David Glickman* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.